UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN E. CHEN,

        Petitioner,

- against -

WARDEN, MDC BROOKLYN,

        Respondent.
------------------------------------------------------------X
JOHN E. CHEN,

        Petitioner,

- against -

WARDEN, MDC BROOKLYN,

        Respondent.
------------------------------------------------------------X
JOHN E. CHEN,

        Petitioner,

- against -

WARDEN, MDC BROOKLYN,

        Respondent.
------------------------------------------------------------X

**ORDER TO CONSOLIDATE PETITIONS AND SHOW CAUSE**
12-CV-4657 (RRM)(LB)

12-CV-4659 (RRM)(LB)

12-CV-4908 (RRM)(LB)

**ROSLYNN R. MAUSKOPF, United States District Judge.**

      On September 12, 2012, petitioner proceeding *pro se,* filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  *See Chen v. Warden*, 12-CV-4659.  On September 13, 2012, petitioner filed a second petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  *See Chen v. Warden*, 12-CV-4657.  On September 26, 2012, petitioner filed a third petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  *See Chen v. Warden*, 12-CV-4908.

1

In all three cases, petitioner alleges inadequate medical care at the Metropolitan Detention Center ("MDC"). Specifically, petitioner alleges that he suffers from diabetes and bi-polar disorder and is not receiving the proper medication. Moreover, petitioner alleges that he failed to receive his prescription eye glasses. The three petitions involve the same questions of law and fact, the same respondent, and will require the same evidence. Accordingly, in the interest of judicial economy these three petitions will be consolidated.

## CONCLUSION

It is hereby ORDERED that:

(1) the Clerk of Court shall consolidate the three above-captioned petitions under docket number 12-CV-4908; and the Clerk of Court shall close the cases with docket numbers 12-CV-4659 and 12-CV-4657, and direct any further filings in these cases to 12-CV-4908;

(2) petitioner's applications to proceed in forma pauperis are granted;

(3) the Office of the United States Attorney show cause before this Court by filing a response to the petitions pursuant to the Court's Order dated October 26, 2012;

(4) petitioner, shall file his reply, if any, within thirty (30) days of his receipt of the response;

(5) service of this Order shall be made by the Clerk of Court by electronic service; and

(6) the Clerk of Court shall mail a copy of this Order to plaintiff and note the mailing on the docket.

SO ORDERED.

Dated: Brooklyn, New York
       November 5, 2012

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge